Official Form 1 (10/06)

**United States Bankruptcy Court**
__Northern__ DISTRICT OF ___Illinois___

**Voluntary Petition**

Name of Debtor (if individual, enter Last, First, Middle): JOHNSON TOBIAH SCHUYLER

All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):

Name of Joint Debtor (Spouse) (Last, First, Middle):

All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):

Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): 4315

Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):

Street Address of Debtor (No. and Street, City, and State): 1912 BROWNFIELD RD. ROCKFORD IL  ZIP Code 61108

Street Address of Joint Debtor (No. and Street, City, and State):  ZIP Code

County of Residence or of the Principal Place of Business: WINNEBAGO

County of Residence or of the Principal Place of Business:

Mailing Address of Debtor (if different from street address):  ZIP Code

Mailing Address of Joint Debtor (if different from street address):  ZIP Code

Location of Principal Assets of Business Debtor (if different from street address above):  ZIP Code

**Type of Debtor** (Form of Organization) (Check one box.)
- [X] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [X] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [ ] Full Filing Fee attached.
- [X] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
- [X] $0 to $10,000
- [ ] $10,000 to $100,000
- [ ] $100,000 to $1 million
- [ ] $1 million to $100 million
- [ ] More than $100 million

Estimated Liabilities
- [X] $0 to $50,000
- [ ] $50,000 to $100,000
- [ ] $100,000 to $1 million
- [ ] $1 million to $100 million
- [ ] More than $100 million

Official Form 1 (10/06)                                                                                                     Form B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: PEORIA ILLINOIS | Case Number: | Date Filed: 03/2002 |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _[signature]_  08/16/07<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (10/06) — Form B1, Page 3

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s):

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Debtor

X _____
Signature of Joint Debtor

815-292-2831
Telephone Number (if not represented by attorney)

08/16/07
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

Address

_____
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# Credit Items

1. Accounts Receivable Management
   7507 N. 2nd St. Unit C
   Machesney Park, IL 61115
   Account# 498390   Original Creditor- Mostly Cats Veterinary Clinic
   Opened 11/2003    Type- Collection  Credit Limit- $162.00

2. Afni Inc.
   PO Box 3097
   Bloomington, IL  61702
   Account# 1003647205   Original Creditor- Dish Network
   Date Opened- 08/2001   Type- Collection  Credit Limit- $141.00

3. Afni Inc.
   PO Box 3097
   Bloomington, Il 61702
   Account# 1003682094   Original Creditor- St. Francis Medical Center
   Date Opened-08/2001    Type- Collection   Credit Limit-$1095.00

4. Afni Inc.
   PO Box 3097
   Bloomington, IL  61072
   Account# 1003832287   Original Creditor- St. Francis Medical Center
    Date Opened-10/2001   Type- Collection   Credit Limit- $145.00

5. Afni Inc.
   PO Box 3097
   Bloomington, IL 61072
   Account# 1004130398   Original Creditor- St. Francis Medical Center
   Date Opened- 12/2001    Type- Collection   Credit Limit- $408.00

6. Allied Interstate Inc.
   435 Ford Rd. Ste 800
   Minneapolis, MN 55426
   Account# 218796323    Creditor: Directv
   Date Opened: 03/2007  Type- Collection    Credit Limit- $613.00

7. Allied Interstate Inc.
   435 Ford Rd. Ste 800
   Minneapolis, MN 55426
   Account# 26359919  Original Creditor: SBC MI
   Date Opened: 01/2005  Type: Collection   Credit Limit: $184.00

8. Allied Interstate Inc.

      435 Ford Rd. Ste 800
      Minneapolis, MN 55426
      Account# 34332856  Original Creditor: National City Bank of the Midwest
      Opened: 12/2006  Type: Collection   Credit Amount: $989.00

9. Asset Acceptance
   PO Box 2036
   Warren, MI 48090  Phone: 800-614-4730
   Account# 1647   Original Creditor: Bally Total Fitness Corporation
   Date Opened: 01/2004  Type: Installment  Credit Limit: $2560.00
   Reported Since: 06/2004  Recent Balance: $3691.00

10. Bell Community Credit
    630 32nd St. SE
    Grand Rapids, MI 49548
    Account# 9000213586
    Date Opened: 05/2004  Type: Installment  Credit Limit: $6000.00
    Reported Since: 03/2007  Recent Balance: $3702.00

11. Bell Community Credit
    630 32nd St. SE
    Grand Rapids, MI 49548
    Account# 9000213586    Status: Account charged off. $411.00 written off
    Date Opened: 06/2004  Type: Installment  Credit Limit: $1900.00
    Reported Since: 03/2007  Recent Balance: $411.00

12. CBCS
    PO Box 1615
    Grand Rapids, MI 49501  Phone: 616-942-3660
    Account Number: 21052290308  Creditor: Traditions Townhomes
    Status: Collection Account $236.00 Past due as of Jan. 2004.
    Date Opened: 08/2005  Type: Collection  Credit Limit: $709.00

13. CDA LTD.
    331 Fulton St.
    Peoria, IL 61602
    Account# 6404766413  Original Creditor: Central Illinois Light Company
    Status: Collection account. $236.00 Past due as of Jan. 2004.
    Date Opened: 11/2003  Type: Collection  Credit Limit: $236.00

14. CEFCU
    Po Box 1715
    Peoria, IL 61656
    Account# 63748
    Status: Paid, closed/current, was past due 180 days.

Date opened: 12/2000   Type: Installment   Credit Limit: $1200.00

15. Check Alert Systems Inc.
    9475 W. Watergate RD.
    McBain, MI 49657
    Account# D42   Original Creditor: Admiral #53/Lansing
    Status: Collection Account $63.00 past due as of May 2003
    Date Opened: 10/2004   Type: Collection   Credit Limit: $63.00

16. Check Alert Systems Inc.
    9475 W. Watergate RD.
    McBain, MI 49657
    Account# 43   Original Creditor: Quality Dairy Corporation Office
    Status: Collection Account $57.00 past due as of Feb. 2005
    Date Opened: 09/2004   Type: Collection   Credit Limit: $57.00

17. Collection Prof/LaSalle
    723 1st St.
    LaSalle, IL 61301
    Account# 199325   Original Creditor: MTCO Communications Inc.
    Status: Petition for Chapter 11 Bankruptcy/Collection Account
    Date Opened: 03/2001   Type: Collection   Credit Limit: $87.00

18. CRB
    5834 Monroe Ave. Ste. A142
    Sylvania, OH 43560
    Account# 2   Original Creditor: Tele Cash
    Status: Collectiuon Account $298.00 past due as of March 2007
    Date Opened: 07/2002   Type: Collection   Credit Limit: $99.00

19. CRED Protections Associates
    1355 Noel Rd. Suite 2100
    Dallas, TX 75240
    Account# 1251352887   Original Creditor: Millenium Digital Media
    Status: Collection account $734.00 past due as of January 2006.
    Date Opened: 08/2005   Type: Collection   Credit Limit: $734.00

20. CRED Protections Associates
    1355 Noel Rd. Suite 2100
    Dallas, TX 75240
    Account# 747862879   Original Creditor: Insight Communications
    Status: Collection account $284.00 past due as of March 2003
    Date Opened: 08/2002   Type: Collection   Credit Limit: $284.00

21. Creditors Alliance Inc.
    PO Box 1288