Form 3A
(10/05)

# United States Bankruptcy Court

District Of __Illinois__

Case No. 07-71948

In re __TOBIAH S. JOHNSON__,
Debtor

Chapter _____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__   Check one ☐ With the filing of the petition, or
                          ☒ On or before __09/10/07__

   $ __68.50__   on or before __09/17/07__

   $ __68.50__   on or before __09/24/07__

   $ __68.50__   on or before __09/30/07__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  _____        _____  __08/16/07__
Signature of Attorney       Date           Signature of Debtor       Date
                                           (In a joint case, both spouses must sign.)

_____                  _____  _____
Name of Attorney                           Signature of Joint Debtor (if any)   Date

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 16 2007

KENNETH S. GARDNER, CLERK

DEPUTY CLERK

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## District Of _____ Illinois _____

In re __TOBIAH S. JOHNSON__,
Debtor

Case No. 07-71948

Chapter 13

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 68.50   Check one ☐ With the filing of the petition, or
              ☒ On or before 09/10/07

$ 68.50   on or before 09/17/07

$ 68.50   on or before 09/04/07

$ 68.50   on or before 09/30/07

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

August 16, 2007

BY THE COURT

**KENNETH S. GARDNER**
Clerk of the U.S. Bankruptcy Court

_____
United States Bankruptcy Judge